UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Richard C. Loid and Ginger M. Loid,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPUTER SCIENCES CORPORATION, a corporation; LOCKHEED MARTIN, INC., a corporation; MISSION SUPPORT ALLIANCE, LLC, a limited liability company; FLUOR FEDERAL SERVICES, INC., a corporation; FLUOR HANFORD, INC., a corporation; John and Jane Does 1-50, individuals; John Doe Corporations 1-50; and John Doe Entities 1-50,<br><br>Defendants. | No. CV-11-5076-EFS<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR DISMISSAL WITHOUT PREJUDICE** |

    On March 26, 2012, Qui Tam Relators Richard C. Loid and Ginger M. Loid voluntarily dismissed this unserved lawsuit without prejudice. ECF No. 12. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED**:

    1. The complaints, **ECF Nos. 1 & 6**, are **DISMISSED WITHOUT PREJUDICE**.

    2. This file shall be **CLOSED**.

    **IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish a copy to counsel.

    **DATED** this ___26th___ day of March 2012.


                                    s/ Edward F. Shea
                                      EDWARD F. SHEA
                          United States District Court

Q:\Civil\2011\5076.vol.dism.lc1.frm

ORDER - 1